UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STONNEY MARCUS RIVERS,

        Plaintiff,

v.

KING COUNTY CORRECTIONAL FACILITY,

        Defendant.

Case No. C23-5673-TL-SKV

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

      Plaintiff's 42 U.S.C. § 1983 complaint was filed in this action on August 11, 2023. Dkt. 6. Thereafter, on August 18, 2023 and August 23, 2023, respectively, Plaintiff filed a first and second amended complaint. Dkts. 8, 9. The first and second amended complaints are substantively identical; the only difference between the two is that the second amended complaint is signed and dated, whereas the first amended complaint is only signed.

      Because Plaintiff appears to have filed the second amended complaint to correct his failure to date the first amended complaint, the Court will consider the second amended complaint in lieu of the first.

MINUTE ORDER - 1

The clerk's office is directed to strike the first amended complaint and rename the second amended complaint accordingly.

Dated this 30th day of August, 2023.

Ravi Subramanian  
Clerk of Court

By: s/ Stefanie Prather  
Deputy Clerk

MINUTE ORDER - 2