UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STONNEY MARCUS RIVERS,

        Plaintiff,

   v.

KING COUNTY CORRECTIONAL FACILITY, et al.,

        Defendants.

Case No. C23-5673-TL-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and no objections having been filed, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Defendants' Motion for Summary Judgment, Dkt. 20, is GRANTED, and this action is DISMISSED with prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 10th day of January, 2024.

Tana Lin
United States District Judge

ORDER - 1